**No. 49675.**—Protest 722161–G of Nippon Dry Goods Co. (San Francisco).

Opinion by KINCHELOE, J. It was stipulated that certain of the merchandise is in all material respects the same as that passed upon in *United States* v. *Nippon Import & Trading Co.* (30 C. C. P. A. 89, C. A. D. 220). In accordance therewith the protest was sustained to this extent.

LAWRENCE, J., not participating.